IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | Case no: 17-67627-jrs |
| Charles Edward Burks, Jr. | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

## **VOLUNTARY DISMISSAL**

        COMES NOW, Debtor, Charles Edward Burks, Jr., by and through his attorney, and voluntarily dismiss this Chapter 13 case and as proof of same, her Declaration Under Penalty of Perjury is attached hereto.

This 22nd day of May 2018.

Respectfully Submitted,

/s/ Chalcia L. Rainford
Chalcia L. Rainford, Esq.
Ga Bar 592605

The Rainford Law Firm
4920 N. Henry Blvd
Stockbridge, GA 30281
Tel. (678) 583-1679

STATE OF GEORGIA
HENRY COUNTY

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing pleading and that it is true and correct to the best of my knowledge, information and belief.

Date: 05/22/2018                Signed: /s/ Charles Edward Burks, Jr.
                                        Charles Edward Burks, Jr.

## **Certificate of Service**

      This is to certify that I have this day served the following with a copy of the foregoing voluntary dismissal by depositing a copy with sufficient postage attached hereto in the United States mail.

See Attached Mailing Matrix


This 22nd day of May 2018

Respectfully Submitted,

s/ Chalcia L. Rainford
Chalcia L. Rainford, Esq.
Ga Bar 592605

The Rainford Law Firm
4920 N. Henry Blvd
Stockbridge, GA 30281
Tel. (678) 583-1679

```
Label Matrix for local noticing            Big Picture Loans                          Charles Edward Burks Jr.
113E-1                                     E23970 Pow Wow Trail                       5982 Foxcroft Court
Case 17-67627-jrs                          Watersmeet, MI 49969                       Morrow, GA 30260-1057
Northern District of Georgia
Atlanta
Thu Feb  1 15:33:32 EST 2018

CONSUMER PORTFOLIO SERVICES                Coast to Coast Credit                      Comcast
PO Box 57071                               8916 Sabel Industrial Blvd                 c/o Convergent
Irvine, CA 92619-7071                      Tampa, FL 33619-1326                       800 SW 39th St./P.O. Box 9004
                                                                                      Renton, WA 98057-9004


Consumer Portfolio Services                Covington Credit                           Denistry For Children Inc.
P.O. Box 6172                              3859                                       c/o PDQ Services Inc
Rapid City, SD 57709-6172                  Hwy 138  SE                                700 Churchhill Court
                                           Stockbridge, GA 30281-4143                 Woodstock, GA 30188-6846


Department of Educaiton                    Cristina Danielle DiGiannantonio           Ditech
P.O. Box                                   RAS Crane LLC                              P.O. Box 6172
Greenville, TX 75403                       10700 Abbott's Bridge Rd, Suite 170        Rapid City, SD 57709-6172
                                           Duluth, GA 30097-8461


Ditech Financial LLC fka Green Tree Servicin   Emerginet Henry LLC Er Phy             Fast Loans
P.O. Box 6154                              c/o North American Credit Serv             4800 Liberty Ave
Rapid City, South Dakota 57709-6154        2810 Walker Road                           Pittsburgh, PA 15224-2139
                                           Chattanooga, TN 37421-1082


Federal National Mortgage Association      Foxcroft HOA                               GC Servicing
Robertson, Anschutz & Schneid, P.L.        1160 North Meadow Pkwy                     6330 Gulfton
6409 Congress Avenue, Suite 100            Suite 114                                  Houston, TX 77081-1108
Boca Raton, FL 33487-2853                  Roswell, GA 30076


(p)GEORGIA DEPARTMENT OF REVENUE           Green Trust Cash, LLC                      Internal Revenue Service
COMPLIANCE DIVISION                        P.O. Box 340                               P.O. Box 7346
ARCS BANKRUPTCY                            Hays, MT 59527-0340                        Philadelphia, PA 19101-7346
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202


James E Dunn                               Kenny & Medina, P.C.                       Manuel Rodriquez
3005 Milton Court, SE                      3302 McGinnis Ferry Rd                     1201 Baldwin Rowe Circle
Conyers, GA 30013-6423                     Suite 100                                  Panama City, FL 32405-5795
                                           Suwanee, GA 30024-7133


MoneyLion, Inc.                            NPRTO Georgia, LLC                         Chalcia L. Rainford
P.O. Box 1547                              256 West Data Drive                        The Rainford Law Firm
Sandy, UT 84091-1547                       Draper, UT 84020-2315                      4920 N. Henry Blvd.
                                                                                      Stockbridge, GA 30281-3520


Rome & Associates, P.C.                    Service 1st Credit Union                   Southern Crescent Ent
707 Whitlock Ave.                          8916 Sabal Industrial Blvd                 c/o Carter-Young, Inc
Suite E-15                                 Tampa, FL 33619-1326                       882 N, Main Street, Ste 120
Marietta, GA 30064-3098                                                               Conyers, GA 30012-4442
```

```
Spectrum Laboratory Network           U. S. Attorney                        Nancy J. Whaley
c/o Stern Recovery Services, I        600 Richard B. Russell Bldg.          Nancy J. Whaley, Standing Ch. 13 Trustee
415 N Edgeworth Street                75 Ted Turner Drive, SW               303 Peachtree Center Avenue
Greensboro, NC 27401-2182             Atlanta GA 30303-3315                 Suite 120, Suntrust Garden Plaza
                                                                            Atlanta, GA 30303-1216


Madison Wilson
Robertson, Anschutz & Schneid, PL
6409 Congress Avenue, #100
Boca Raton, FL 33487-2853
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Dept of Revenue
Suite 9100
1800 Century Blvd, NE
Atlanta, GA 30345
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ditech Financial LLC                End of Label Matrix
                                       Mailable recipients    33
                                       Bypassed recipients     1
                                       Total                  34
```